IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL B. KELLY,

    Plaintiff,                        No. CIV S-11-1243 GGH P

    vs.

KENNETH A. MILLER,

    Defendant.                     <u>ORDER</u>

_____/

        By an order filed June 7, 2011, plaintiff was ordered to file a completed in forma pauperis affidavit in support of his request to proceed in forma pauperis on the form provided within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit, nor has he paid the appropriate filing fee. Subsequent to the filing of the June 7, 2011, order, plaintiff's consent to the jurisdiction of the undersigned was filed in the court's case docket (see docket # 5, filed on June 9, 2011).

////

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2  prejudice.

DATED: September 9, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:009
kell1243.fifp